STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

JUDITH ANN PAVEY  2173-0
Suite 1900, Pacific Guardian Center
Makai Tower, 733 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808)537-6100
Fax:          (808)537-5434
Email:        jpavey@starnlaw.com

BOSTWICK & PETERSON LLP

JAMES S. BOSTWICK  2889-0
591 Redwood Highway, Suite 2350
Mill Valley, California 94941
Telephone:  (415)421-8300
Fax:          (415)421-8301
Email:        james@bostwickfirm.com

Attorneys for Plaintiff
JANINE W. KAHOONEI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JANINE W. KAHOONEI,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN ANDL, M.D.; WEST HAWAII COMMUNITY HEALTH CENTER, INC.; ROBERT M. LABINSON, M.D.; ISLANDS EMERGENCY MEDICAL SERVICE, LLC dba ISLANDS EMERGENCY | CIVIL NO. _____<br><br>COMPLAINT; DEMAND FOR JURY TRIAL |

2583346

MEDICAL SERVICE; and JOHN DOES 1-10,

          Defendants.

# COMPLAINT

Plaintiff JANINE W. KAHOONEI, through her attorneys, JUDITH ANN PAVEY and JAMES S. BOSTWICK, hereby complain against Defendants, jointly and severally, as follows:

1. Plaintiff JANINE W. KAHOONEI ("Plaintiff") was at all times material hereto a resident of Hawaii Island, State of Hawaii.

2. At all times relevant herein, Defendant STEPHEN ANDL, M.D. ("DR. ANDL") was a medical doctor practicing medicine in the State of Hawaii and acting as an agent and/or employee of WEST HAWAII COMMUNITY HEALTH CENTER.

3. Defendant WEST HAWAII COMMUNITY HEALTH CENTER, INC. ("WHCHC") is a federally funded, domestic nonprofit corporation on Hawaii Island, State of Hawaii, providing medical services to the public, including Plaintiff, as described herein, through its agents and/or employees, including DR. ANDL, and, as such, is responsible for their actions under principals of agency and respondent superior.

4. DEFENDANT ROBERT M. LABINSON, M.D. ("DR. LABINSON") was at all times material hereto a physician licensed in the State of Hawaii, residing on the island of Maui, and working as an emergency department physician on Hawaii Island, State of Hawaii at Kona Community Hospital.

5. DEFENDANT ISLANDS EMERGENCY MEDICAL SERVICE HAWAII, LLC, dba ISLANDS EMERGENCY MEDICAL SERVICE ("ISLANDS MEDICAL") is an LLC registered in Hawaii but whose members are upon information and belief resident(s) of Tennessee, Missouri and/or Florida. ISLANDS MEDICAL was at all times material hereto a general medical care services company that provided physicians, including DR. LABINSON as its agent/employee to work as an emergency department physician at Kona Community Hospital.

6. Kona Community Hospital is a Hawaii Health Systems Corporation managed and operated medical facility existing under the auspices of the State of Hawaii and is, therefore, not a named Defendant in this Complaint, but which contributed to Plaintiff's injuries as alleged herein.

7. Plaintiff believes that Defendants JOHN DOES 1-10 were persons/entities jointly responsible for the care and treatment of Plaintiff as described herein that led to her medical injuries.  These pleadings will be amended to reflect the true names of said Defendants as soon as they are ascertained.

2583346

8.     This Court has jurisdiction over Defendants DR. ANDL and WHCHC pursuant to 28 U.S.C. §1346(b); Plaintiff has exhausted her administrative remedies and has satisfied the claim and notice requirements of the Federal Tort Claims act as to these Defendants.

9.     This Court has supplemental jurisdiction pursuant to 28 U.S.C. §1367 over Defendant DR. LABINSON and Defendant ISLANDS MEDICAL inasmuch as the claims against these Defendants are so related to claims in this action against co-Defendants DR. ANDL and WHCHC which are within such original jurisdiction that they form part of the same case under Article III of the United States Constitution.

10.    The matter in controversy exceeds the value of $75,000.

11.    Venue is proper in the District of Hawaii since the events giving rise to this lawsuit took place in Hawaii County, State of Hawaii.

12.    Plaintiff was diagnosed with an L4-L5 disk herniation in 2005 and was treated conservatively.

13.    On May 6, 2019, Plaintiff went paddle boarding and noticed back pain not dissimilar to pain she had experienced before related to the L4-5 injury so she rested.  On May 9, 2019, her left foot and back left leg went numb, the pain increased and she experienced muscle spasms.  This had never happened before so she was fearful and contacted her doctor.

2583346

14. Plaintiff's PCP, Dr. Shannon M. Price ("Dr. Price") at WHCHC was unavailable so she was given an appointment there with DR. ANDL. DR. ANDL prescribed medication and suggested an x-ray but did not schedule one.

15. On May 11, 2019, Plaintiff woke up with numbness in her left butt cheek, left upper leg and vaginal area, along with increased pain and muscle spasms. In addition, she had had no bowel movement for several days. Her PCP facility advised her to go to the hospital on an emergency basis, which she did.

16. At Kona Community Hospital, Plaintiff was seen by emergency room physician DR. LABINSON. He documented physical symptoms including mild weakness on foot eversion and great toe flexion, decreased LLE proprioception, decreased pin perception lateral aspect of foot, as well as no left Achilles reflex response, that he said were "somewhat suggestive of L5-S1 disk herniation".

17. Dr. LABINSON prescribed dexamethasone and Percocet, and failed to order an MRI or any further testing and no follow up appointment was scheduled. He suggested only that she follow up with her PCP for an MRI in a couple of weeks if there was no improvement.

18. Plaintiff was not improving and by May 14, 2019 she could no longer urinate normally and was unable to stand longer than five minutes even though she was on medication. She made an appointment with her PCP Dr. Price who expressed her concern that Plaintiff had not undergone an MRI at the hospital. Dr.

Price called the hospital, ordered an MRI and advised Plaintiff to go to the hospital but to not drive herself.

19. The following day, six days after the concerning symptoms developed and were reported to her doctors, on May 15, 2019, Plaintiff went to North Hawaii Community Hospital where she was examined by Dr. Crystal D. Hammer who noticed among other things a decrease in anal tone. An MRI was ordered which showed "Large disc extrusion is noted at L5-S1 which appears to impinge on the traversing bilateral sacral nerve roots. Mild annular disc bulge with a small annular fissure at L4-L5 minimal disc protrusion at L1-L2." Plaintiff was diagnosed with cauda equina syndrome and was urged to contact Queen's Medical Center.

20. Plaintiff was then air-ambulanced to Queen's Medical Center where on that same day, Dr. Morris M. Mitsunaga performed an L5-S1 lumbar laminectomy, with discectomy and decompression. Unfortunately, it was too late as Plaintiff had already suffered irreparable nerve damage.

21. Plaintiff was discharged from Queen's on May 21, 2019 to a rehab facility.

22. The rehab facility did not have a bladder and bowel program so on May 23, 2019, Plaintiff returned to Hawaii Island.

23. The actions of the Defendants as generally described herein were negligent in including but not limited to the following; (a) failure to properly

examine and treat Plaintiff; (b) failure to order appropriate testing; (c) failure to timely diagnose Plaintiff's injury and condition; (d) failure to provide Plaintiff with standard of care medical treatment; (e) failure to provide her with material information about her condition and standard of care treatment; (f) failure to create and implement standard of care policies, procedures and protocols for diagnosis and treatment of symptoms like those presented by Plaintiff; and failure to adequately hire, train and supervise its employees, agents or others responsible in some way for the treatment of Plaintiff.

24. As a direct and proximate result of the negligence of Defendants Plaintiff has suffered permanent, irreversible, and life altering injuries that detrimentally affect every aspect of her life.

25. Among other things, Plaintiff suffers from numbness down her leg into in her left foot, her left butt check, her rectal area, the outer left portion of her vagina and inside her vagina where she has no feeling at all. Her pelvic muscles have weakened causing uterine prolapse. Plaintiff has urinary issues because of the lack of feeling and control and these have resulted in multiple UTI's. She suffers from chronic constipation.

26. On most days, Plaintiff must manually evacuate her bowel. She was forced to postpone her last year of nursing school and required help with her seven-month-old (at the time) baby and two other boys.

27. Her condition is permanent and she will most likely be on pain and nerve medications for the rest of her life in addition to other medications.

28. Plaintiff will be under life-long medical care for her injury.

29. Defendants also failed to provide Plaintiff with proper informed consent as required by Haw. Rev. Stat. §671-3.

30. As a direct and proximate result of Defendants' negligent conduct, Plaintiff has suffered and will continue to suffer lost wages, emotional distress, past and future loss of enjoyment of life, past and future pain and suffering, disfigurement, past and future disability, past and future medical bills, additional expenses and other injuries and damages to be proven at trial.

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, as follows:

1. General damages in an amount to be determined by the jury and trier of fact.

2. Special damages in an amount to be proven at trial.

/
/
/
/
/

2583346

3. Attorney's fees, costs of suit, prejudgment interest and such other and further relief as the Court deems proper under the circumstances.

DATED: Honolulu, Hawaii, February 28, 2022.

<u>/s/Judith Ann Pavey</u><br>
JUDITH ANN PAVEY<br>
JAMES S. BOSTWICK<br>
Attorneys for Plaintiff<br>
JANINE W. KAHOONEI

9

2583346

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JANINE W. KAHOONEI,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN ANDL, M.D.; WEST HAWAII COMMUNITY HEALTH CENTER, INC.; ROBERT M. LABINSON, M.D.; ISLANDS EMERGENCY MEDICAL SERVICE, LLC dba ISLANDS EMERGENCY MEDICAL SERVICE; and JOHN DOES 1-10,<br><br>Defendants. | CIVIL NO. _____<br><br>DEMAND FOR JURY TRIAL |

## DEMAND FOR JURY TRIAL

Plaintiff, through her attorneys Judith Ann Pavey and James S. Bostwick, hereby demands trial by jury on all appropriate issues and parties so triable herein.

DATED:  Honolulu, Hawaii, February 28, 2022.

*/s/Judith Ann Pavey*
JUDITH ANN PAVEY
JAMES S. BOSTWICK
Attorneys for Plaintiff
JANINE W. KAHOONEI

2583346